Jack Silver, Esq. SB #160575
Law Office of Jack Silver
Post Office Box 5469
Jerry Bernhaut, Esq. SB # 206264
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - EUREKA DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF WILLITS and DOES 1-10, Inclusive,<br><br>　　　　　Defendants._____/ | CASE NO.: 1:11-cv-00323 NJV<br><br>**STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT SCHEDULE; [P~~ROPOSE~~D] ORDER**<br><br>Case Mgmt. Conf. - May 3, 2011 |

　　　　This action was filed on January 21, 2011. The case was reassigned to the Eureka Division effective January 28, 2011, and the initial Case Management Conference was re-scheduled from May 5, 2011 to May 3, 2011. Pleadings were served as of February 1, 2011 by way of executed Waiver of Service of the Summons filed with this Court on February 11, 2011 (Court Doc. # 8).

　　　　The parties, through their counsel, have been in communication with respect to resolution of the dispute which is the subject of these proceedings, and Plaintiff has agreed to Defendant's request to extend the time within which a responsive pleading may be filed.

　　　　The parties believe a continuance of Defendant's responsive pleading deadline, the Case Management Conference, and other deadlines tied to the Case Management Conference date, is therefore appropriate and will not harm or hinder these proceedings in any way.

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendant as follows:

a) That the responsive pleadings deadline for defendant City of Willits be continued to May 3, 2011;

b) That the last day to meet and confer re Initial Disclosures, file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference may be extended to July 12, 2011;

c) That the last day to file Rule 26(f) Report may be extended to July 26, 2011;

d) That the Initial Case Management Conference may be continued from May 3, 2011 to August 2, 2011 at 2:00 p.m. in Courtroom 205A, 2nd Floor, 514 H St. Eureka, California.

Dated: April 7, 2011

/s/ Jerry Bernhaut
JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: April 7, 2011

H. JAMES LANCE
Attorney for Defendant
CITY OF WILLITS

[PROPOSED] ORDER

PURSUANT TO SAID STIPULATION, **IT IS SO ORDERED.**

Dated: 4/12/11

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE